CV 01949

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
1-800 CONTACTS, INC.,                    :
                                          :   Case No.
        Plaintiff,                        :   (ECF CASE)
                                          :
    vs.                                   :
                                          :   RULE 7.1 STATEMENT
VISION DIRECT, INC.,                      :
                                          :
        Defendant.                        :
                                          :
------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1, the plaintiff in the above-captioned action, 1-800 Contacts, Inc., states that it has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

DATED: February 27, 2008

        Respectfully submitted,

        WINDELS MARX LANE & MITTENDORF, LLP

    By: _____
        Robert J. Luddy (RJL-6970)
        Delton Vandever (DLV-8062)
        156 West 56th Street
        New York, NY 10019
        (212) 237-1000

CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000
Newport Beach, CA 92660-2960
Tel: (949) 476-0757
 David J. Steele
 Howard A. Kroll
 Gary Dukarich
 (*pro hac vice* admission being sought)

*Attorneys for Plaintiff 1-800 Contacts, Inc.*

Case No.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1-800 CONTACTS, INC.,

                Plaintiff,

-against-

VISION DIRECT, INC.,

                Defendant.

### RULE 7.1 STATEMENT

**WINDELS MARX LANE & MITTENDORF, LLP**
*Attorneys forPlaintiff*

**156 WEST 56TH STREET**
**NEW YORK, NEW YORK 10019**
**212.237.1000**

To:                                                Signature (Rule 130-1.1-a)

                                                            Printed name beneath Robert J. Luddy

Attorney(s) for
Service of a copy of the within                                          is hereby admitted.

Dated,

                                            Attorney(s) for

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within court on
☐ **NOTICE OF SETTLEMENT**
that an order                               of which the within is a true copy will be presented for
settlement to the HON.                             one of the judges
of the within court, at
on                              at                     M

Dated,                                                                    Yours, etc.

                                                    **WINDELS MARX LANE & MITTENDORF, LLP**
                                                                  *Attorneys for*

                                                             **156 WEST 56TH STREET**
To                                                     **NEW YORK, NEW YORK 10019**
                                                                    **212.237.1000**

Attorney(s) for