UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1-800 CONTACTS, INC. | )<br>)<br>) CASE NO.: 08 CV 1949 (GBD) |
| Plaintiff, | )<br>) |
| v. | ) ECF Case<br>) |
| VISION DIRECT, INC. | ) NOTICE OF APPEARANCE<br>) |
| Defendant. | )<br>) |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant **VISION DIRECT, INC.**

I certify that I am admitted to practice in this Court.

Date: March 19, 2008                                s/ Jessica L. Margolis

Jessica L. Margolis
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York  10019
Tel: (212) 999-5800
Fax (212) 999-5899