```
USDC SDNY
DOCUMENT
ELEC...        FILED
DOC #
DATE F...  MAR 2 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1-800 CONTACTS, INC.,

      Plaintiff,

vs.

VISION DIRECT, INC.,

      Defendant.

Civil Action No. 08-cv-01949 (GBD)

ECF Case

**STIPULATION AND ORDER**

    **IT IS HEREBY STIPULATED AND AGREED,** by and among the attorneys for 1-800

CONTACTS, INC. and VISION DIRECT, INC., that VISION DIRECT, INC. shall have up to and

including April 14, 2008 to answer or otherwise respond to the Complaint of 1-800 CONTACTS, INC.

    Vision Direct, Inc.'s response was originally due on March 24, 2008. This is Vision Direct,

Inc.'s first request for extension of time to respond. Plaintiff, through its undersigned counsel, consents

to this request.

Dated: March 18, 2008

WINDELS MARX LANE & MITTENDORF,
LLP


_____
Robert J. Luddy (RJL-6970)
Delton Vandever (DLV-8062)
156 West 56ᵗʰ St.
New York, NY 10019
(212) 237-1000

*Attorneys for Plaintiff*
*1-800 Contacts, Inc.*


SO ORDERED:   MAR 2 0 2008

WILSON SONSINI GOODRICH & ROSATI,
P.C.


_____
Jessica L. Margolis (JM-7786)
1301 Avenue of the Americas, 40ᵗʰ Floor
New York, New York 10019
(212) 999-5800

*Attorneys for Defendant*
*Vision Direct, Inc.*


_____
Hon. George B. Daniels
United States District Judge
**HON. GEORGE B. DANIELS**