UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
1-800 CONTACTS, INC.,

      Plaintiff,

  -against-

VISION DIRECT, INC.,

      Defendant.
---------------------------------x

Case No. 08 cv 01949

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

  Upon consideration of the motion of Delton L. Vandever, attorney for Plaintiff 1-800 CONTACTS, INC. and said sponsor attorney's affidavit in support;

  IT IS HEREBY ORDERED that

David J. Steele, Esq.
Christie, Parker & Hale, LLP
3501 Jamboree Road, Suite 6000
Newport Beach, California 92660-2960
Telephone (949) 476-0757
Facsimile (949) 476-8640
email: djs@cph.com

Howard A. Kroll, Esq.
Christie, Parker & Hale, LLP
350 West Colorado Boulevard, Suite 500
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
email: hak@cph.com

Gary Dukarich, Esq.
Christie, Parker & Hale, LLP
3501 Jamboree Road, Suite 6000
Newport Beach, California 92660-2960
Telephone: (949) 476-0757
Facsimile: (949) 476-8640
email: gsd@cph.com

are admitted to practice *pro hac vice* as counsel for Plaintiff 1-800 CONTACTS, INC. in the above-captioned case in the United States District Court for the Southern District of New

{10446365:1}

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at *nysd.uscourts.gov*. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: MAR 2 4 2008

_____
United States District/Magistrate Judge

**HON. GEORGE B. DANIELS**