IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 08 CV 01949

1-800 CONTACTS, INC.
VS.
VISION DIRECT, INC.

RETURN

Came to hand:   3 / 3 /2008, at 10:30 o'clock A.M.

☑ Summons and Complaint with Demand for Jury Trial
☑ 3rd Amended Instructions for Filing and Electronic Case or Appeal
☑ Guidelines for Electronic Case Filing
☑ Procedures for Electronic Case Filing

Executed on:   3 / 3 /2008, at 11:23 o'clock A.M.

Executed at 701 Brazos Street, Suite 1050, Austin, Texas 78701, within the County of Travis, by delivering to VISION DIRECT, INC., by delivering to its registered agent, CORPORATION SERVICE COMPANY, by delivering to its managing agent, VERONICA CORDELL (Hispanic female, 25 yrs, 5'6", 150 lbs, black hair, brown eyes, not in U.S., New York or Texas military) in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

_____
Authorized Person: MATTHEW MURSKI
ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS   }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 3RD day of March 2008.

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

_____
Notary Public Signature