1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

8
9

| 1-800 CONTACTS, INC., | Cause #: 08 CV 01949 |
| Plaintiff / Petitioner | |

10
11

| vs. | Affidavit of Service of: |
| VISION DIRECT, INC., | SUMMONS AND COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING; PROCEEDURES FOR ELECTRONIC CASE FILING; LETTER, |
| Defendant / Respondent | |

12

Hearing Date:

13
14
15

Declaration:

16 The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is
17 competent to be a witness therein.

18 On the date and time of Mar 5 2008 11:15AM at the address of 411 108TH AVE NE SUITE 1400 BELLEVUE, within the County of ServeCounty, State of WASHINGTON, the declarant duly served the above described documents upon VISION DIRECT, INC. by then and there personally delivering 1 true
19 and correct copy(ies) thereof, by then presenting to and leaving the same with IAN SAVAGE, LEGAL ASSISTANT (AUTHORIZED TO ACCEPT SERVICE) IN THE OFFICE OF DRUGSTORE.COM.

20 No information was provided that indicates that the subjects served are members of the U.S. military.

21
22

_____
   K. VanDyke      0307390

23 Subscribed and sworn to before me this Mar 7 2008
24
25 a Notary Public in the State of Washington,
   residing at Seattle                    Service Fee Total: $ 75.00
26
27
28

| ABC Legal Services, Inc. | **ORIGINAL** | WINDELS MARX LANE & MITTENDORF, LLP |
| 206 521-9000 | **PROOF OF SERVICE** | 156 WEST 56TH STREET |
| Tracking #: 5038768 | | NEW YORK, NY 10019 |
| | Page 1 of 1 | (212) 262-1215 |