**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 1-800 CONTACTS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 1949 (GBD) |
| ) | |
| v. ) | |
| ) | ECF Case |
| VISION DIRECT INC., ) | |
| ) | |
| Defendant. ) | |

## DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Vision Direct Inc. ("Vision Direct") state as follows: Defendant Vision Direct is a wholly-owned subsidiary of International Vision Direct Corp., which in turn is a wholly-owned subsidiary of drugstore.com, inc.

Dated: New York, New York
April 14, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/_____
Glenn C. Colton
gcolton@wsgr.com
Jessica L. Margolis
jmargolis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212.999.5800

*Attorneys for Defendant Vision Direct Inc.*