

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1-800 CONTACTS, INC.,<br><br>   Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>VISION DIRECT INC.,<br><br>   Defendant/Counterclaim-Plaintiff. | Case No. 08 CV 1949 (GBD)<br><br>ECF Case<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO COUNTERCLAIMS, AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties, there having been no previous requests for extensions of time, that the time in which Plaintiff/Counterclaim-Defendant 1-800 Contacts, Inc. may answer, move or otherwise respond to the Counterclaims of Defendant/Counterclaim-Plaintiff Vision Direct Inc., dated April 14, 2008, is extended from May 7, 2008 through and including May 23, 2008. This stipulation may

/   /   /

/   /   /

/   /   /

/   /   /

/   /   /

be executed in counterparts, and an electronic signature or facsimile signature shall be deemed to have the same binding effect on the parties hereto as an original.

Dated: April 30, 2008

| CHRISTIE, PARKER & HALE, LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
|---|---|
| *[signature]* | *[signature]* |
| David J. Steele | Glenn C. Colton |
| djs@cph.com | gcolton@wsgr.com |
| Howard A. Kroll | Jessica L. Margolis (JM-7786) |
| hak@cph.com | jmargolis@wsgr.com |
| Gary Dukarich | 1301 Avenue of the Americas, 40th Floor |
| gsd@cph.com | New York, NY 10019 |
| 3501 Jamboree Rd., Suite 6000 | (212) 999-5800 |
| Newport Beach, CA 92660 | *Attorneys for Defendant,* |
| (949) 476-0757 | *Vision Direct Inc.* |

WINDELS MARX LANE & MITTENDORF, LLP
Robert J. Luddy (RJL-6970)
RLuddy@windelsmarx.com
Delton Vandever (DLV-8062)
DVandever@windelsmarx.com
156 West 56th St.
New York, NY 10019
(212) 237-1000

*Attorneys for Plaintiff,*
*1-800 Contacts, Inc.*

**SO ORDERED:**

MAY 0 8 2008

*[signature]*
Hon. George B. Daniels
United States District Judge
**HON. GEORGE B. DANIELS**

2