UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1-800 CONTACTS, INC.,<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>VISION DIRECT, INC.,<br><br>  Defendant/Counterclaim-Plaintiff. | Case No. 08-cv-01949 (GBD)<br><br>ECF Case<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR DISMISSAL OF DEFENDANT'S COUNTERCLAIMS PURSUANT TO FED.R.CIV.P. 12(b)(6)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff/Counterclaim-Defendant 1-800 CONTACTS, INC. will move, and hereby does move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 15D, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Defendant/Counterclaim-Plaintiff Vision Direct, Inc.'s Counterclaims, on the ground that they fail to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum in Support of Plaintiff/Counterclaim-Defendant's Motion for Dismissal of Defendant/Counterclaim-Plaintiff's Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6), the Declaration of Danielle M. Criona filed herewith and exhibits thereto, the contents of the Court's file to date, and such additional argument and evidence as may be presented to the Court.

SIGNATURE ON NEXT PAGE

- 1 -

DATED:  May 23, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By: /s/David J. Steele
David J. Steele (Admitted *pro hac vice*)
Email: david.steele@cph.com
Howard A. Kroll (Admitted *pro hac vice*)
Email:  howard.kroll@cph.com
Gary Dukarich (Admitted *pro hac vice*)
Email:  gsd@cph.com
3501 Jamboree Road, Suite 6000
Newport Beach, CA  92660-2960
Tel.:  (949) 476-0757
Fax:  (949) 476-8640

WINDELS MARX LANE & MITTENDORF, LLP
Robert J. Luddy (RJL-6970)
Email: rluddy@windelsmarx.com
Delton L. Vandever (DLV-8062)
Email: dvandever@windelsmarx.com
156 West 56th Street
New York, NY  10019
Tel.:  (212) 237-1000
Fax:  (212) 262-1215

*Attorneys for Plaintiff/Counterclaim-Defendant 1-800 Contacts, Inc.*

LLB IRV1114108.1-*-05/23/08 3:41 PM

- 2 -