



June 4, 2008

**By Federal Express**

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**

*George B Daniels*

**HON. GEORGE B. DANIELS**

JUN 0 9 2008

Re: *1-800 Contacts, Inc. v. Vision Direct Inc.*, 08 CV 1949 (SDNY) (GBD)

Dear Judge Daniels:

This firm represents Defendant/Counterclaim-Plaintiff Vision Direct Inc. in connection with the above-referenced action. The purpose of this letter is to address two separate issues with respect to the motion to dismiss filed by Plaintiff/Counterclaim-Defendant 1-800 Contacts on May 23, 2008 ("Motion").

First, the Parties jointly request that the Court set the following briefing schedule with respect to the Motion:

- Vision Direct's response to the Motion shall be due on or before June 27, 2008.

- 1-800 Contacts' reply to Vision Direct's response shall be due on or before July 11, 2008.

There have been no previous requests for extensions of time with respect to briefing on the Motion.

Second, 1-800 Contacts' counsel requests that, since lead counsel is traveling from California to attend the Initial Pretrial Conference in this case on Tuesday, July 22nd at 9:30 a.m. ("July 22 Conference"), if the Court is inclined to grant Plaintiff's request for oral argument on the Motion, the Motion be heard at the same time as the July 22 Conference. While Vision

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

The Honorable George B. Daniels
June 4, 2008
Page 2

Direct takes no position on 1-800 Contacts' request, should the Court wish to hear argument on the Motion, Vision Direct is prepared to participate if and when the Court chooses.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Jessica L. Margolis

cc: David J. Steele
Gary Dukarich